# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN MORALES<br><br>PLAINTIFF(S),<br><br>v.<br><br>CALIFORNIA PIZZA KITCHEN, INC.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:21−cv−09345<br><br>**NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT** |

To:  All Counsel Appearing of Record

 Due to clerical error, this case was improperly assigned to the __ Division of this District. Pursuant to General Order 21-01 this case is hereby transferred to the __ Division for all further proceedings.

X Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the  Southern  Division.

 This case has been reassigned to case number  8:21−cv−01988−DOC (DFMx)  and has been assigned to  Judge David O. Carter  for all further proceedings.

 Any matters that are or may be referred to a Magistrate Judge are hereby assigned to  Magistrate Judge Douglas F. McCormick  for:

  X  any discovery and/or post-judgment matters that may be referred.

  ___ for all proceedings in accordance with General Order 05-07.

 All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows:  8:21−cv−01988−DOC (DFMx) . Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

 **Please be advised that no further filings may be made under case number  2:21−cv−09345 . Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

                Clerk, U.S. District Court

                By:  /s/ Estrella Tamayo
                   Estrella_Liberato@cacd.uscourts.gov
                   Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*

G−73 (03/21)    NOTICE OF INTRA−DISTRICT TRANSFER BY CLERK OF COURT